IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0010

IN THE MATTER OF

D.Y.H-J., and R.J.,

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Father, Q.B.J.'s motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 23-0010 and DA 23-0011 are hereby consolidated under Cause No. DA 23-0010 and henceforth captioned as above.

Electronically signed by:
ORMike McGrath
Chief Justice, Montana Supreme Court
February 21 2023